FILED

```
                                                      2017 MAR -2  P 2: 07
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF VIRGINIA
                Alexandria Division
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| ROBIN D. FELT | ) DOCKET NO. 1:17-mj-106 |
|  | ) COURT DATE: March 6, 2017 |

CRIMINAL INFORMATION

COUNT I (Misdemeanor 6933033)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 22, 2017, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ROBIN D. FELT, did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13 assimilating Section 18.2-266(ii), Code of Virginia 1950, as amended.)

## COUNT II (Petty 6933034)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 22, 2017, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ROBIN D. FELT, did after being advised of the consequences, refuse to consent to a chemical test and tests of her blood, breath and urine, after arrest for driving under the influence.

(In violation of Title 18, United States Code, Section 3118(b).)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Samuel D. Cardick
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 805-4407
Fax (703) 805-1042
samuel.d.cardick.mil@mail.mil

Fort Belvoir, VA

Date March 1, 2017

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2017, I mailed a true and accurate copy of the Criminal Information herein filed to ROBIN D. FELT at her address of record.

Karen L. Shaner
Administrative Assistant
Staff Judge Advocate Office