Prob 12 (10/09)
VAE (rev. 5/17)



# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Robin Felt                                      Docket No. 1:17-mj-106

### Petition on Probation

COMES NOW FRANK WEAVER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Robin Felt, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge, sitting in the Court at Alexandria, Virginia, on the 16th day of May, 2017, who fixed the period of supervision at one year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

**See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**RETURNABLE DATE:** November 28, 2017 @ 10:00 A.m.

### ORDER OF COURT

Considered and ordered this 2nd day of Nov., 2017 and ordered filed and made a part of the records in the above case.

/s/
Ivan D. Davis
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: Frank Weaver

Digitally signed by Franklin Weaver
Date: 2017.11.01 12:58:19 -04'00'

Frank Weaver
United States Probation Officer
703-299-2336
Place: Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
**Page 2**
**RE: Felt, Robin**

SPECIAL CONDITIONS:

1. The defendant shall participate in and successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office.

2. Commencing May 16, 2017, and continuing for one year, the defendant may not operate a motor vehicle anywhere in the United States except (a) to and from work, as incident to or required by work, (b) to and from court, the probation office, and the Alcohol Safety Action Program, (c) to and from church with a schedule provided to and approved in advance by the probation office, and (d) to and from medical appointments with a schedule provided to and approved in advance by the probation office.

3. The defendant is permitted to travel to and from Delaware in June with a schedule provided to and approved in advance by the probation office.

Petition on Probation
Page 3
RE: Felt, Robin

OFFENSE: Reckless Driving, in violation of Title 18, U.S.C. § 13 assimilating Virginia Code Section 46.2-852.

SENTENCE: On May 16, 2017, the defendant was sentenced to a one year period of supervised probation under the aforementioned special conditions. The defendant was further ordered to pay a $250.00 fine and a $25.00 special assessment.

ADJUSTMENT TO SUPERVISION: Since the inception of supervision, Ms. Felt has been supervised in the District of Columbia due to her residence in that jurisdiction. Currently, supervision is being coordinated by United States Probation Officer (USPO) Carmen Perez. In correspondence dated October 26, 2017, USPO Perez advised Ms. Felt has maintained a stable residence and is currently employed by the United States Army. Officer Perez further advised the defendant has satisfied all her special conditions of probation and completed alcohol treatment at Prime for Life (Army Substance Abuse Program) on March 17, 2017.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:**     COMMISSION OF A CRIME - SHOPLIFTING.

**CONDITION 3:**     FAILURE TO ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER.

On September 9, 2017, Robin Felt was charged with the above referenced criminal conduct by the Military Police of Fort Belvoir. On September 19, 2017, USPO Perez questioned the defendant about the new criminal conduct, at which time Ms. Felt reported the incident was a misunderstanding and no follow up was conducted by law enforcement. On October 10, 2017, USPO Perez contacted Assistant United States Attorney for the Eastern District of Virginia (AUSA) Christopher Kim who advised Ms. Felt's version of the event was inaccurate. On October 12, 2017, USPO Perez received an email from AUSA Kim which contained detailed information of Ms. Felt's shoplifting charge, to include statements from Ms. Felt acknowledging she had taken the items without paying for them. The email also included documentation of Ms. Felt's arrest and processing for the aforementioned charge. Collateral contact made by USPO Perez with the United States Attorney's Office confirmed this charge remains pending and may not be brought to court as the defendant will most likely be sanctioned through the military judicial system.

FJW/smk



Prob 12 (10/09)
VAE (rev. 5/17)